UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEAH SAAD,<br>   Plaintiff,<br>v.<br>JOLO, INC., d/b/a HURRICANE BETTY'S, et al.<br>   Defendants | CIVIL ACTION NO: 4:20-cv-11377-TSH |
| DEANNA GALLO, BRITTANY DUCHAINE and SANCHARE KELLY, on behalf of themselves and All others similarly situated,<br>   Plaintiffs,<br>v.<br>JOLO, INC. d/b/a HURRICANE BETTY'S, MYLES O'GRADY, and JOSEPH O'GRADY, individually,<br>   Defendants. | CIVIL ACTION NO.: 4:21-cv-40048-TSH |

## SETTLEMENT ORDER OF DISMISSAL

HILLMAN, S.D.J.

 The Court having been advised that the above captioned action settled:

 It is hereby ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within 30 days if settlement is not consummated.

              By the Court,

              /s/ Robert C. Alba
              Deputy Clerk

Date: 9/12/2023