**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**(WORCESTER)**

| | | |
|---|---|---|
| LEAH SAAD, *ET AL.*, | * | |
| | * | |
| PLAINTIFFS, | * | |
| | * | |
| v. | * | Case No: 4:20-cv-11377-MRG |
| | * | |
| JOLO, INC., *ET AL.*, | * | |
| | * | |
| DEFENDANTS. | * | |

*****************************************************************

| | | |
|---|---|---|
| DEANNA GALLO, *ET AL.*, | * | |
| | * | |
| PLAINTIFFS, | * | |
| | * | |
| v. | * | Case No: 4:20-cv-40048-MRG |
| | * | |
| JOLO, INC., *ET AL.*, | * | |
| | * | |
| DEFENDANTS. | * | |

*****************************************************************

## ORDER

THIS COURT having considered the Plaintiffs' Motion for Final Approval of the Class Action Settlement and arguments presented on any hearing thereon, and for good cause found, does hereby ORDER that that Plaintiffs' Motion be, and the same hereby is, GRANTED.

SO ORDERED.

3/22/24
DATE

/s/ Margaret R. Guzman
Judge, United States District Court
For the District of Massachusetts